

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00292-CV

IN RE SCOTT ALAN ODAM

ORIGINAL PROCEEDING

August 27, 2014

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appearing *pro se,* relator Scott Alan Odam electronically submitted a petition for writ of mandamus.  Rather than tender the required filing fee or an affidavit of indigence, he argued in his pleading the filing fee was not applicable to him.   *See* TEX. R. APP. P. 5 (requiring payment of fees).

In an August 1, 2014, letter to relator, we addressed his failure to pay the filing fee.   We found none of his asserted grounds for exemption were meritorious and ordered relator to either pay the filing fee or establish indigence according to appellate rule 20.1 within fourteen days.  *See* TEX. R. APP. P.  20.1 (indigence).  Failure to comply

with this order, we told relator, would result in dismissal of the proceeding without further notice.

More than the fourteen days have passed and relator has not complied with our order. Accordingly, relator's petition for writ of mandamus is dismissed. TEX. R. APP. P. 42.3(c).

James T. Campbell
Justice